**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
KULE, LLC,

                      Plaintiff,

    -against-                                               23 **CIVIL** 0756 (LTS)

                                                              **<u>JUDGMENT</u>**

ALFWEAR, INC.,

                      Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 26, 2023, Defendant's motion to dismiss the Amended Complaint is granted, without prejudice to litigation of the instant claims in the already-pending action in the United States District Court for the District of Utah; accordingly, the case is closed.

**Dated:** New York, New York

        December 26, 2023

                                                                   **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**

                                   **BY:**

                                                                  _____
                                                                      **Deputy Clerk**